IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 98-2870 (DDS) |
| SUMMIT METALS, INC., | Chapter 11 |
| Debtor. | |

### NL FRANK AKERS, L.P.'S NOTICE OF APPEAL

Now comes, NL Frank Akers, L.P., a Texas limited partnership, (hereinafter, "NLFA"), and states:

**I.**

Pursuant to 28 U.S.C. § 158(a), and FED. R. BANKR. P. 8001 and 8002, NLFA hereby appeals to the United States District Court for the District of Delaware from the:

(a) Order Denying Motion Of NL Frank Akers, L.P. To Reconsider Order Granting Chapter 11 Trustee's Application Pursuant To FED. R. BANKR. P. 9019 In Support Of Settlement Agreement With The Internal Revenue Service, which was entered by United States Bankruptcy Judge Donal D. Sullivan on June 15, 2005 [Docket No. 487], and

(b) Order Denying Motion Of NL Frank Akers, L.P. To Reconsider, Modify, And Make Additional Findings With Respect To: Order Denying Motion Of NL Frank Akers, L.P. To Reconsider Order Granting Chapter 11 Trustee's Application Pursuant To FED. R. BANKR. P. 9019 In Support Of Settlement Agreement With The Internal Revenue Service, which was entered by United States Bankruptcy Judge Donal D. Sullivan on August 10, 2005 [Docket No. 511].

**II.**

The names of all parties to the foregoing Orders appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

a.  **Francis A. Monaco, Jr., Chapter 11 Trustee of Summit Metals, Inc.:**

    Francis A. Monaco, Jr.
    Joseph J. Bodnar
    Monzack and Monaco, P.A.
    1201 North Orange Street, Suite 400
    Wilmington, DE 19801
    Telephone: (302) 656-8162

b.  **Counsel for NL Frank Akers, L.P.:**

    Kathleen M. Miller
    The Corporate Plaza
    800 Delaware Avenue, 7th Floor
    P.O. Box 410 (Courier 19801)
    Wilmington, De 19899
    Telephone: (302) 652-8400

    Steve A. Peirce
    Fulbright & Jaworski L.L.P.
    300 Convent Street, Suite 2200
    San Antonio, Texas 78205-3792
    Telephone: (210) 224-5575

c.  **Counsel for Committee of Unsecured Creditors of Summit Metals, Inc.:**

    Todd C. Schiltz
    Wolf Block, Schorr and Solis-Cohen LLP
    1100 North Market Street, Suite 1001
    Wilmington, DE 19801
    (302) 777-0312

    H. Adam Prussin
    Pomerantz Haudek Block Grossman & Gross
    100 Park Avenue, 26th Floor
    New York, NY 10017-5516
    (212) 661-1100

d.  **Counsel for JEPSCO Ltd., Thomas Aylward, and James Kelly:**

    Adam G. Landis
    Jamie L. Edmonson
    Landis Rath & Cobb LLP
    919 Market Street, Suite 600
    Wilmington, DE 19801
    (302) 467-4400

e.  **Counsel for United States Attorney:**

    Richard G. Jacobus
    Jennifer L. Best
    Trial Attorneys, Tax Division
    U.S. Department of Justice
    P.O. Box 227
    Ben Franklin Station
    Washington, DC  20044
    (202) 616-0553

f.  **The United States Trustee's Office**

    Margaret Harrison, Esquire
    Office of the U.S. Trustee
    J. Caleb Boggs Federal Building
    844 King Street, Suite 2313
    Lock Box 35
    Wilmington, DE 19801

Dated: August 19, 2005

Respectfully submitted,

SMITH KATZENSTEIN & FURLOW LLP

_/s/ Kathleen M. Miller_
Kathleen M. Miller (I.D. No. 2898)
Etta R. Wolfe (I.D. No. 4164)
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410 (Courier 19801)
Wilmington, De 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405

Steve A. Peirce, Texas Bar No. 15731200
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas  78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

ATTORNEYS FOR NL FRANK AKERS, L.P.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing NOTICE OF APPEAL was served upon the following by U.S. first class mail, postage prepaid, on this 19th day of August, 2005.

Francis A. Monaco, Jr.
Joseph J. Bodnar
Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE 19801

Todd C. Schiltz
Wolf Block, Schorr and Solis-Cohen LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801

H. Adam Prussin
Pomerantz Haudek Block Grossman & Gross
100 Park Avenue, 26th Floor
New York, NY 10017-5516

Adam G. Landis
Jamie L. Edmonson
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Richard G. Jacobus
Jennifer L. Best
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Margaret Harrison, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

/s/ Etta R. Wolfe
Etta R. Wolfe (I.D. No. 4164)