UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE 19801  
(302) 252-2900

Date:   September 22, 2005

To:   **Peter Dalleo, Clerk**  
    U.S. District Court  
    District of Delaware  
    U.S. Courthouse - 844 King Street  
    Wilmington, DE 19801

Re:   Summit Metals, Inc.  
    Case  #98-2870 (DDS)

    Enclosed is the bankruptcy Record on **Appeal #AP-05-60.**  Please acknowledge receipt on the copy provided.

**Enclosed Items:**  
**Notice of Appeal: #05-60**  
**Appealable Orders: Yes**  
**Statement of Issues on Appeal: Yes**  
**Appellants Designations: Yes**  
**Appellee Designations: None**

                                Sincerely,

                                Deputy Clerk

  X   Filing fee paid on  8/19/05  
_____ Filing fee not paid

I hereby acknowledge receipt of the above record on appeal this _____ day of _____, 2005.

By:   Matthew J. Yovino  
    Deputy Clerk, U.S. District Court

C.A. No.:  252-2900 x5113

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Bankruptcy Case Number: **98-2870**
Deputy Clerk Transferring Case: Matthew J. Yovino (302) 252-2900 x5113
Appeal #: **(AP-03-29)**

**Order, Date Entered and Issues**

Order Denying Motion of NL Frank Akers, L.P. to Reconsider Order Granting Chapter 11 Trustee's Application in Support of Settlement Agreement with the Internal Revenue Service [Docket No. 487 Entered 6/15/05]

Order Denying Motion of NL Frank Akers, L.P. to Reconsider, Modify, and Make Additional Findings with Respect to: Order Denying Motion of NL Frank Akers, L.P. to Reconsider Order Granting Chapter 11 Trustee's Application in Support of Settlement Agreement with the Internal Revenue Service. [Docket No. 511 Entered 8/10/05]

| | |
|---|---|
| **Debtors:** | **Summit Metals, Inc.** |
| **Counsel:** | **Jennifer Lee Scoliard** |
| | Klehr Harrrison Harvey Branzburg & Eller |
| | 919 Market Street |
| | Suite 1000 |
| | Wilmington, DE 19801 |
| **Telephone:** | 302-552-5510 |
| | |
| **Appellant:** | **NL Frank Akers, L.P.** |
| **Counsel:** | **Etta Wolfe** |
| | Smith Katzenstein & Furlow LLP |
| | The Corporate Plaza |
| | 800 Delaware Avenue |
| | 7th Floor |
| | P.O. Box 410 (Courier 19801) |
| | Wilmington, DE 19899 |
| **Telephone:** | **(302) 652-8400** |
| | |
| **Appellee:** | **Francis A. Monaco, Jr., Chapter 11 Trustee** |
| **Counsel:** | **Joseph J. Bodnar** |
| | Monzack and Monaco, P.A. |
| | 1201 Orange Street |
| | Suite 400 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 656-8162** |