IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SUMMIT METALS INC. | Bankruptcy Case No. 98-2870 |
| Debtor | |
| NL FRANK AKERS L.P. | C.A. NO. 05-696 |
| Appellant, | |
| v. | |
| FRANCIS A. MONACO, JR., Chapter 11 Trustee, | |
| Appellee. | |

### NOTICE OF COMPLETION OF MEDIATION

**PLEASE TAKE NOTICE** that, I, Vincent J. Poppiti, was appointed to serve as mediator for the parties to the captioned appeal. On January 10, 2006, I was informed by the parties that a mediation session would not be necessary as the parties have settled the matter.

**PLEASE TAKE FURTHER NOTICE** that the parties intend to promptly file a stipulation dismissing the appeal.

Dated: January 11, 2006

BLANK ROME LLP

Vincent J. Poppiti (DSBA No. 100614)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6410

Court Appointed Mediator

## CERTIFICATE OF SERVICE

I, Vincent J. Poppiti, hereby certify that on this 11th day of January, 2006, I caused a true and correct copy of the foregoing *Notice of Completion* to be served on the following counsel of record by electronic delivery:

Joseph J. Bodnar, Esquire
Monzack & Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE  19899

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

_____
Vincent J. Poppiti (DSBA No. 100614)