**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy Appeal |
| SUMMIT METALS, INC., | : | |
| | : | Case No. 1:05-cv-00696-KAJ |
| | : | |
| Debtor. | : | Judge Jordan |

**CERTIFICATE OF SERVICE**

    I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on February 17, 2006 upon:

Etta Wolfe, Esquire
Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
F:  (302) 652-8405

Michael M. Parker, Esq.
Fulbright & Jaworski LLP
300 Convent Street, Ste. 2200
San Antonio, TX 78205
F:  (210) 270-7205

Jennifer L. Scoliard , Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

    Under penalty of perjury, I declare that the foregoing is true and correct.


__2/17/2006_____          __/s/ Heidi E. Sasso_____
Date                              Heidi E. Sasso

52355